# OVERTON, RUSSELL, DOERR AND DONOVAN, LLP

ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

TELEPHONE (518) 383-4085
TELECOPIER (518) 383-4282

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

        Plaintiff,

  v.                             CIVIL NO.   7:15-CV-00128

**Robert L Kalman,**             ORDER/APPLICATION FOR WRIT OF
                                                GARNISHMENT

        Defendant.

    and,

**Sea Comm FCU,**

        Garnishee.

      The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, **Robert L Kalman,** ("Defendant") Social Security Number XXX-XX-7375, whose last known address is: **583 River Road, Norfolk, NY 13667** in the above cited action in the amount of **$$17,329.26**, plus interest at the rate of 0.00% from May 27, 2015, until paid, together with costs.  A balance of **$$17,520.42** remains outstanding.  Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

The Garnishee, Sea Comm FCU, is believed to owe or will owe money or property to Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or Garnishee's authorized agent is:

Sea Comm FCU
30 Stearns Street
Massena, NY 13662

Dated this 11 day of Oct, 2022

Respectfully submitted:

Linda L Donovan
Overton, Russell, Doerr & Donovan

Dated at Syracuse, NY

October 13, 2022

It is so Ordered

Thérèse Wiley Dancks
United States Magistrate Judge

PAGE 2 - APPLICATION FOR WRIT OF GARNISHMENT